Jeff Silvestri, Esq. (NSBN 5779)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
jsilvestri@mcdonaldcarano.com

*Attorneys for Defendant Capital One, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WALTER JOHANNES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A., a National Association; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability, Company; and EXPERIAN INFORMATION SOLUTIONS, INC., a foreign Corporation,<br><br>Defendants. | Case No.: 2:21-cv-00233-KJD-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT, CAPITAL ONE, N.A. TO FILE RESPONSIVE PLEADING TO COMPLAINT**<br><br>**(First Request)** |

The parties, through their undersigned counsel, hereby stipulate and agree that the deadline for Defendant, Capital One, N.A. ("Capital One" or "Defendant") to answer or otherwise respond

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

to Plaintiff Robert Walter Johannes's ("Johannes" or "Plaintiff") Complaint (ECF No. 1) shall be extended to and including June 30, 2021.

DATED: June 25, 2021.

| COGBURN LAW | McDONALD CARANO LLP |
|---|---|
| By: /s/ *Eric W. Fox*<br>Jamie S. Cogburn, Esq. (NSBN 8409)<br>Erik W. Fox, Esq. (NSBN 8804)<br>2850 St. Rose Pkwy., Suite 330<br>Henderson, NV 89074<br>jsc@cogburncares.com<br>ewf@cogburncares.com<br>*Attorneys for Plaintiff*<br>*Robert Walter Johannes* | By: /s/ *Jeff Silvestri*<br>Jeff Silvestri, Esq. (NSBN 5779)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>jsilvestri@mcdonaldcarano.com<br>*Attorneys for Defendant*<br>*Capital One, N.A.* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 25, 2021