|   |   |
|---|---|
| 1 | Jennifer L. Braster |
|   | Nevada Bar No. 9982 |
| 2 | Benjamin B. Gordon |
|   | Nevada Bar No. 15552 |
| 3 | NAYLOR & BRASTER |
|   | 1050 Indigo Drive, Suite 200 |
| 4 | Las Vegas, NV  89145 |
|   | Telephone: (702) 420-7000 |
| 5 | Facsimile: (702) 420-7001 |
|   | jbraster@nblawnv.com |
| 6 | bgordon@nblawnv.com |
| 7 | Katherine A. Neben |
|   | Nevada Bar No. 14590 |
| 8 | JONES DAY |
|   | 3161 Michelson Drive, Suite 800 |
| 9 | Irvine, CA  92612 |
|   | Telephone: (949) 851-3939 |
| 10 | Facsimile: (949) 553-7539 |
|   | kneben@jonesday.com |
| 11 | *Attorneys for Defendant* |
|   | *Experian Information Solutions, Inc.* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT WALTER JOHANNES, an individual, | Case No. 2:21-cv-00233-KJD-EJY |
| Plaintiff, | **JOINT REQUEST FOR ADDITIONAL TIME TO COMPLETE SETTLEMENT PAPERWORK** |
| v. | Complaint filed:  February 11, 2021 |
| CAPITAL ONE, N.A., a National Association; EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company; and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, | |
| Defendant. | |

On August 20, 2021, Plaintiff and Experian Information Solutions, Inc. ("Experian") filed a notice of settlement with the Court, stating that the parties anticipated completing settlement documents and filing a Stipulation of Dismissal with the Court within the next sixty (60) days. (ECF No. 21). The parties are still finalizing the settlement documents, and respectfully request an

additional sixty (60) days to complete the settlement paperwork and submit a Stipulation for Dismissal.

DATED this 22nd day of October 2021.

| COGBURN LAW OFFICES | NAYLOR & BRASTER |
|---|---|
| By: */s/ Erik W. Fox*<br>　　Erik W. Fox, Esq.<br>　　Nevada Bar No. 8804<br>　　2850 St. Rose Parkway, Suite 330<br>　　Henderson, NV 89074 | By: */s/ Benjamin B. Gordon*<br>　　Jennifer L. Braster<br>　　Nevada Bar No. 9982<br>　　Benjamin B. Gordon<br>　　Nevada Bar No. 15552<br>　　1050 Indigo Drive, Suite 200<br>　　Las Vegas, NV 89145 |
| *Attorneys for ~~Defendant~~ Plaintiff*<br>~~*Experian Information Solutions, Inc.*~~ | *Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* |

**ORDER GRANTING JOINT REQUEST FOR ADDITIONAL TIME TO COMPLETE SETTLEMENT PAPERWORK**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:  October 22, 2021**